## BUNDY V. SABIN ET AL.

A bond with a condition containing a submission to the award of arbitrators — necessarily implies that the obligor will keep and perform the award.

ACTION of debt on bond, dated October A. D. 1791, for £100.

Plea in bar — That said bond hath conditions which are as follows, viz. Whereas said parties have a controversy in the Superior Court — Now know ye that we have submitted said controversy to S. G. S. arbitrators, to hear and determine said matters of controversy according to law and the evidence produced on trial, on or before the 10th of October A. D. 1791, and their award make in the premises according to law and evidence, said parties to meet at said Bundy's on the 4th of October A. D. 1791, alleging that the defendants had kept and performed the condition of said bond.

The plaintiff replied and admitted the condition of said bond to be as set forth; but said that said arbitrators took on them the burden of an award; heard the parties at the time and place mentioned in the condition, and made and published their award in the premises as follows, viz. sets forth the award, in which they awarded the defendants to pay the plaintiff the sum of £18, etc. and avers that the defendants

have not kept and performed said award, and traverses the defendants having kept and performed the condition of said bond.

The defendant rejoined — That he had kept and performed the condition of said bond.    Issue to the court.

The court found that the defendants had not kept and performed the condition of said bond, for that there was necessarily implied in the condition of said bond an obligation to perform said award.